NUMBER 13-00-777-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

____________________________________________________________________

HELEN VAN LOON, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF 

MARSHALL VAN LOON, DECEASED, MARK VAN LOON AND MARSHA VENZA , Appellants,


v.



SERGIO TAVARES, M.D. , Appellee.

____________________________________________________________________


On appeal from the 94th District Court

of Nueces County, Texas.

____________________________________________________________________


O P I N I O N

Before Chief Justice Valdez and Justices Hinojosa and Yanez

Opinion Per Curiam



Appellants, HELEN VAN LOON, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF MARSHALL VAN
LOON, DECEASED, MARK VAN LOON AND MARSHA VENZA , perfected an appeal from a judgment entered by the
94th District Court of Nueces County, Texas, in cause number 99-00059-C . After the record and appellants' brief were
filed, appellants filed a motion to dismiss the appeal. In the motion, appellants state that this case has been resolved and
appellants no longer wish to prosecute this appeal. Appellants request that this Court dismiss the appeal.

The Court, having considered the documents on file and appellants' motion to dismiss the appeal, is of the opinion that the
motion should be granted. Appellants' motion to dismiss is granted, and the appeal is hereby DISMISSED.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 21st day of June, 2001 .